```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
THOMAS E. CHANDLER Texas Bar. No. 24031928
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (214) 767-3763
Facsimile: (214) 767-9189
Email: thomas.chandler@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANSISCO DIVISION

| | |
|---|---|
| COCO JOLIANA MCAULIFFE,<br><br>          Plaintiff,<br><br>     vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,[1]<br><br>          Defendant. | Case No. 3:23-cv-04478-LJC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 60-day extension of time, from January 8, 2024, to March 8, 2024, for Defendant to respond to Plaintiff's Motion for Summary Judgment (Dkt. No. 12).

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This is Defendant's second request for an extension of time, and Defendant's first request for an extension of time with respect to responding to Plaintiff's brief.  Good cause exists for this extension due to Defendant's counsel's workload as described below.  Since Plaintiff's Motion for Summary Judgment was filed on December 7, 2023, Defendant's counsel has worked on approximately 5 district court cases and 1 appellate court case.  Counsel is also responsible for other substantive matters in the Office of General Counsel.

Additional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion.  Defendant's counsel will endeavor to complete these tasks as soon as possible.  This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Plaintiff does not oppose Defendant's request for an extension of time.  The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Respectfully submitted,

Dated:  January 2, 2024

*/s/ Francesco Benavides*
(*as authorized via email on January 2, 2024)
Law Offices of Francesco P. Benavides
Attorney for Plaintiff

Dated:  January 2, 2024

ISMAIL J. RAMSEY
United States Attorney

*/s/ Thomas E. Chandler*
THOMAS E. CHANDLER
Special Assistant U.S. Attorney

Attorneys for Defendant

Pursuant to Section 5-1(h) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to

counsel for Plaintiff and that I have obtained authorization from Francesco Benavides to affix his electronic signature to this document.

*/s/ Thomas E. Chandler*
THOMAS E. CHANDLER
Special Assistant U.S. Attorney

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 2, 2024

_____
THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge