ISMAIL J. RAMSEY
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
THOMAS E. CHANDLER Texas Bar. No. 24031928
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (214) 767-3763
Facsimile: (214) 767-9189
Email: thomas.chandler@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COCO JOLIANA MCAULIFFE,<br><br>   Plaintiff,<br><br>  vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 3:23-cv-04478-LJC<br><br>UNOPPOSED STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

  On remand, the Commissioner will; (1) reevaluate the residual functional capacity and the medical opinion evidence; (2) if warranted, further develop the record; (3) as needed, continue the sequential evaluation process, and obtain vocational expert testimony if warranted;

and (4) take further action to develop the administrative record resolving the above issues and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated:  March 7, 2024            */s/ Francesco Benavides*
                                 (*as authorized via email on March 6, 2024)
                                 Law Offices of Francesco Benavides
                                 Attorney for Plaintiff

Dated:  March 7, 2024            ISMAIL J. RAMSEY
                                 United States Attorney

                                 */s/ Thomas E. Chandler*
                                 THOMAS E. CHANDLER
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

   Pursuant to Section 5-1(h) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained authorization from Francesco Benavides to affix his electronic signature to this document.

                                 */s/ Thomas E. Chandler*
                                 THOMAS E. CHANDLER
                                 Special Assistant U.S. Attorney

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 7, 2024

_____
THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge