UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COCO JOLIANA MCAULIFFE,<br><br>Plaintiff,<br><br>v.<br><br>SSA (INTERESTED PARTY / NEF), et al.,<br><br>Defendants. | Case No.  3:23-cv-04478-LJC<br><br>**JUDGMENT** |

On March 7, 2024, the Court granted the parties' stipulation for voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g).  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Plaintiff and against Defendant.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 7, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge