Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
   1990 N. California Blvd.  8ᵗʰ Floor
   Walnut Creek, CA 94596
   Tel: (925) 222-7071
   Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
COCO JOLIANA MCAULIFFE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COCO JOLIANA MCAULIFFE,<br><br>     Plaintiff,<br><br>     v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>     Defendant. | Case No. 3:23-cv-04478-LJC<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

**IT IS ORDERED** that Plaintiff's counsel's Motion for Attorney Fees under 42 U.S.C. § 406(b) is **granted**.  Plaintiff's counsel, Francesco Benavides, is authorized to receive payment of $16,700.00 in attorney fees under 42 U.S.C. § 406(b).  From this award, Plaintiff's counsel will refund to Plaintiff $8,425.84, the amount of the attorney fees he previously received under the Equal Access to Justice Act.

DATE: April 29, 2026_____

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE